AO 442 (Rev. 11/11) Arrest Warrant        RECEIVED        *10414786*

# UNITED STATES DISTRICT COURT

2017 OCT -6 AM 11:14 for the

Middle District of Florida

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

United States of America

v.

CASSANDRA PADGETT

)
)
)
)
)
)

Case No.   6:17-cr-228-ORL-37TBS

_____
Defendant

## ARREST WARRANT

RECEIVED U.S. MARSHAL
2017 SEP 28 AM 11:38
MIDDLE FLORIDA ORLANDO

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   CASSANDRA PADGETT ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and Aggravated identity theft, in violation of 18 U.S.C. § 1349 and 1028A.

Date:  9/28/17

_____
Issuing officer's signature

City and state:   Orlando, FL

ELIZABETH WARREN, Clerk, United States District Court
Printed name and title

| Return |
|---|
| This warrant was received on (date) 10/04/17 , and the person was arrested on (date) 10/04/17 at (city and state) DELTONA, FL . |
| Date: 10/04/17                    _____ Arresting officer's signature |
| TODD MYERS  SPECIAL AGENT Printed name and title |