UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 6:17-cr-228-GAP-TBS

CASSANDRA PADGETT

## FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

This cause comes before the Court upon the United States's Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for approximately $3,647.44 in funds captured through the Treasury Offset Program ("TOP"), as well as any other federal payments owed to the defendant and captured through the TOP, as a substitute asset in partial satisfaction of the defendant's $42,487.02 Order of Forfeiture.

On June 17, 2024, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the Court entered a preliminary order of forfeiture for the above-referenced asset. Doc. 128.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from June 18, 2024, continuing through July 17, 2024.

Doc. 129. The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801 a petition to adjudicate their interests within sixty days of the first date of publication. No one has filed a petition or claimed an interest in the asset and the time for filing a petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED,** and **DECREED** that for good cause shown, the United States's motion (Doc. 130) is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2024.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office

United States Pretrial Services Office
Counsel for Defendant